IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE,<br><br>*Plaintiff,*<br><br>v.<br><br>Comm'r GREGORY DOZIER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:18-cv-00049-TES-CHW |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Presently before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 35] regarding Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order [Doc. 19]. The Magistrate Judge recommends denying Plaintiff's motion because Plaintiff has not shown any of the four elements required for preliminary injunctive relief.[1] The parties filed no timely objections to the recommendation.

---

[1] A party moving for a preliminary injunction must show:

> (1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest.

[Doc. 35, p. 4 (quoting *Four Seasons Hotel and Resorts, B.V. v. Consorcio Barr, S.A.*, 320 F.3d 1205, 1210 (11th Cir. 2003)].

After thorough review, the Court **ADOPTS** the Report and Recommendation [Doc. 35] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order [Doc. 19] is **DENIED**.

**SO ORDERED**, this 2nd day of November, 2018.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
